HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/6/06*

| | | |
|---|---|---|
| STANLEY G. ALLGROVE, | ) | Civil No. 06-0018 RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, July 7, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: June 5, 2006

/s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: June 5, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
STANLEY G. ALLGROVE

IT IS SO ORDERED.

Dated:  7/6/06

/S/ RONALD M. WHYTE
HON. RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER

2