HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

*E-FILED - 7/12/06*

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY G. ALLGROVE, | ) | Civil No. 06-0018 RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, August 7, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: July 6, 2006 | */s/*<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: July 6, 2006 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>STANLEY G. ALLGROVE |

IT IS SO ORDERED.

| Dated: 7/12/06 | /S/ RONALD M. WHYTE<br>HON. RONALD M. WHYTE<br>United States District Judge |
|---|---|

STIPULATION AND ORDER

2