HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

*E-FILED - 8/17/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY G. ALLGROVE, ) | Civil No. 06-0018 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, September 6, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: August 7, 2006

*/s/*
SARA WINSLOW
Assistant U.S. Attorney

Dated: August 7, 2006

*/s/*
HARVEY P. SACKETT
Attorney for Plaintiff
STANLEY G. ALLGROVE

IT IS SO ORDERED.

Dated:  8/17/06

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
United States District Judge

2

STIPULATION AND ORDER