1

2                                                              *E-filed*:  6/24/09

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11    STANLEY G. ALLGROVE,                    No. C-06-00018 RMW

12            Plaintiff,                       JUDGMENT

13        v.

14    MICHAEL J. ASTRUE[1],
      Commissioner, Social Security Administration,

15

16            Defendant.

17        The parties' arguments having been considered and a decision having been rendered, IT IS

18    HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff

19    Stanley Allgrove and that Plaintiff take nothing by way of his complaint.

20

21    DATE:        6/24/09                     *Ronald M Whyte*

22                                             RONALD M. WHYTE
                                               United States District Judge

23

24

25

26

27

28        [1]  Michael J. Astrue became Commissioner of the Social Security Administration on February
      1, 2007.  Pursuant to Ruled 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby
      substituted for Jo Anne B. Barnhart as the Defendant in this matter.

JUDGMENT-06-00018 RMW
JSS

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**

3  Harvey P. Sackett                          hps@hpspc.com

4

5  **Counsel for Defendant(s):**

6  Sara Winslow                               sara.winslow@usdoj.gov

7  Joann M. Swanson                           joann.swanson@usdoj.gov

   Leo Rufino Montenegro                      Leo.R.Montenegro@ssa.gov

8

9

10  Each party's counsel is responsible for ensuring that co-counsel receives a copy of this order if co-counsel has not registered for e-filing pursuant to the courts CM/ECF program.

11

12

13
    **Dated: 6/24/09**                        **TER**

14                                             **Chambers of Judge Whyte**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT-06-00018 RMW
JSS                                  2